U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED
2023 AUG 15 P 1:26
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **DLJ Mortgage Capital, Inc.** | **CIVIL ACTION NO: 1:23-cv-00151-JAW** |
| **Plaintiff** | **JUDGMENT OF FORECLOSURE AND SALE** |
| **vs.** | **RE:** **652 Maxfield Road, Howland, ME 04453** |
| **Billie-Jo Boobar and Craig Boobar a/k/a Craig Alan Boobar** | **Mortgage:** **November 4, 2005** **Book 10183, Page 314** |
| **Defendants** | **Penobscot County Registry of Deeds** |

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on August 15, 2023. Plaintiff, DLJ Mortgage Capital, Inc., was present and represented by John A. Doonan, Esq. Defendants, Billie-Jo Boobar and Craig Boobar a/k/a Craig Alan Boobar, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I - Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay DLJ Mortgage Capital, Inc. ("DLJ Mortgage") the amount adjudged due and owing ($113,119.95) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, DLJ Mortgage shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $92,794.13 |
| Interest | $10,606.55 |
| Escrow Advance | $9,384.35 |
| Advance Balance | $334.92 |
| Grand Total | $113,119.95 |

2. If the Defendants or their heirs or assigns do not pay DLJ Mortgage the amount adjudged due and owing ($113,119.95) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Howland Property shall terminate, and DLJ Mortgage shall conduct a public sale of the Howland Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $113,119.95 after deducting the expenses of the sale, with any surplus to the Defendants or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. DLJ Mortgage may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his/her right to possession, DLJ Mortgage may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $113,119.95.

6. DLJ Mortgage Capital, Inc. has first priority, in the amount of $113,119.95, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendants who have second priority.

7. The prejudgment interest rate is 2.00000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 5.36%, *see* 28 U.S.C. § 1961.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

| | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | DLJ Mortgage Capital, Inc.<br>c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042 | John A. Doonan, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | | |
| | Billie-Jo Boobar<br>652 Maxfield Road<br>Howland, ME 04453 | Pro Se |
| | Craig Boobar<br>652 Maxfield Road<br>Howland, ME 04453 | Pro Se |
| PARTIES-IN-INTEREST | | |

a) The docket number of this case is No. 1:23-cv-00151-JAW.

b) The Defendants, the only parties to these proceedings besides DLJ Mortgage, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 652 Maxfield Road, Howland, ME 04453, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 652 Maxfield Road, Howland, ME 04453. The Mortgage was executed by the Defendants, Billie-Jo Boobar and Craig Boobar on November 4, 2005. The book and page number of the Mortgage in the

Penobscot County Registry of Deeds is Book 10183, Page 314.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an *in rem* judgment against the property, 652 Maxfield Road, Howland, ME 04453.

**SO ORDERED**

**DATED THIS** 15th **DAY OF** August, 2023

**U.S. DISTRICT JUDGE**